TODD M. LANDER (BAR NO. 173031)
todd.lander@ffslaw.com
FREEMAN, FREEMAN & SMILEY, LLP
1888 Century Park East, Suite 1900
Los Angeles, California 90067
Telephone: (310) 255-6100
Facsimile: (310) 255-6200

Attorneys for Plaintiff
C2 IMAGING, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| C2 IMAGING, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>C2 COMPANY and C2 REPROGRAPHICS, INC.,<br><br>    Defendants. | Case No.<br><br>**COMPLAINT FOR:**<br><br>**(1) TRADEMARK INFRINGEMENT OF A REGISTERED MARK;**<br>**(2) FEDERAL UNFAIR COMPETITION;**<br>**(3) UNLAWFUL BUSINESS ACT OR PRACTICE;**<br>**(4) COMMON TRADEMARK INFRINGEMENT; AND**<br>**(5) CYBERSQUATTING**<br><br>**DEMAND FOR JURY TRIAL** |

COMES NOW Plaintiff C2 Imaging, LLC ("C2 Imaging") as and for its Complaint against Defendants C2 Company and C2 Reprographics, Inc. (collectively "Defendants"), states and alleges as follows:

## **PARTIES**

1. Plaintiff C2 Imaging, LLC is a Minnesota limited liability company having a registered office at 274 Fillmore Ave. E, St. Paul, MN 55107.

2. Defendant C2 Company is a California corporation having a registered office at 951 Mariners Island Blvd., Suite 210, San Mateo, CA 94404 and a place of

business at 1829 S. Main St., Los Angeles, CA 90015.

3. Defendant C2 Reprographics, Inc. is a California corporation having a registered office at 1829 S. Main St., Los Angeles, CA 90015.

## JURISDICTION AND VENUE

4. This Court has subject matter jurisdiction over the claims asserted in this action pursuant to 15 U.S.C. § 1121(a) and 28 U.S.C. §§ 1331, 1338, and 1367. The claims alleged in this Complaint arise under the Lanham Act, 15 U.S.C. § 1051, et seq., CAL. BUS. CODE § 17200, et seq., and California Common Law.

5. Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b)(1) because Defendants are incorporated in the state of California, maintain offices in this Court's district, and Defendants' actions that have given rise to this action took place in this Court's district.

## FACTS

6. C2 Imaging is a commercial printing company that provides its services to businesses nationwide including in Southern California since at least as early as 1981.

7. C2 Imaging produces a wide variety of print products, including banners, barricades, floor graphics, in-store displays and counter-cards, transit graphics, event and trade show displays, wall murals, and window graphics.

8. C2 Imaging has served a number of industries and diverse customer base. C2 Imaging has produced products for and serviced the retail, food and beverage, technology, food service, entertainment, and hospitality industries.

9. C2 Imaging has used the C2 IMAGING® and C2 IMAGING & Design® marks connection with "custom printing of materials for commercial markets" and "design services, namely, graphic art design" since at least as early as April 2010.

10. On May 17, 2010, C2 Imaging filed a use-based service mark application with the United States Patent and Trademark Office ("USPTO") for the

C2 IMAGING & Design® mark in connection with "custom printing of materials for commercial markets" and "design services, namely, graphic art design" services, which the USPTO assigned Application Serial No. 85/040,187.

11. On August 2, 2011, Application Serial No. 85/040,187 matured into Registration No. 4,004,763. Attached as Exhibit A is a true and correct copy of the registration certificate for Registration No. 4,004,763. Registration No. 4,004,763 became incontestable on October 18, 2016. Attached as Exhibit B is a true and correct copy of the Notice of Acknowledgement Under Section 15 for Registration No. 4,004,763.

12. On October 23, 2014, C2 Imaging filed a use-based service mark application with the USPTO for the C2 IMAGING® mark in connection with "custom printing of materials for commercial markets," which the USPTO assigned Application Serial No. 86/432,526.

13. On November 17, 2015, Application Serial No. 86/432,526 matured into Registration No. 4,854,005. Attached as Exhibit C is a true and correct copy of the registration certificate for Registration No. 4,854,005.

14. Defendants are a commercial printing company that provide their services to businesses currently in Southern California.

15. Defendants produce a variety of print products that are identical or closely related to the print products offered by C2 Imaging including, but not limited to, banners, barricades, floor graphics, in-store displays and counter-cards, transit graphics, event and trade show displays, wall murals, and window graphics.

16. Defendants serve the same industries and customer base as C2 Imaging.

17. In 2014, Defendants adopted and first used the identical C2 IMAGING mark in connection with its commercial printing products and services.

18. Defendants adopted and first used the virtually identical C2 IMAGING mark four years after C2 Imaging's actual date of first use and constructive date of first use for its C2 IMAGING & Design® mark.

19. Defendants adopted and first used the virtually identical C2 IMAGING mark three years after C2 Imaging's constructive notice date for its C2 IMAGING & Design® mark.

20. Defendants adopted and first used the identical C2 IMAGING mark four years after C2 Imaging's date of first use for its C2 IMAGING® mark.

21. Upon information and belief, Defendants cannot claim a date of first use for the C2 IMAGING mark prior to April 2010.

22. C2 Imaging has priority and the superior right to use its C2 IMAGING® and C2 IMAGING & Design® marks in connection with commercial printing products and services.

23. Upon information and belief, C2 is the dominant term in Defendants' C2 IMAGING mark.

24. Defendants use of the C2 IMAGING mark on or in connection commercial printing products and services is likely to cause confusion, mistake, or deception. Consumers have and are likely to continue to mistakenly believe that the commercial printing products and services that Defendants' offer under the C2 IMAGING mark are sponsored, endorsed, or approved by C2 Imaging, or are in some other way affiliated, connected, or associated with C2 Imaging, all to the detriment of C2 Imaging.

25. Consumers have actually confused Defendants' commercial printing products and services with C2 Imaging. Natassia Melendrez – owner of Project Support Services – mistakenly tagged C2 Imaging in a LinkedIn post that promotes a project with Defendants. Attached as Exhibit D is a screenshot of the LinkedIn post.

26. Without C2 Imaging's permission, authorization, approval or consent, and with actual or constructive knowledge of C2 Imaging's prior rights in its C2 IMAGING® and C2 IMAGING & Design® marks, Defendants' adopted and started to use the confusingly similar C2 IMAGING mark in connection with the

identical commercial printing products and services.

27. C2 Imaging objected to Defendants' unauthorized use of the identical C2 IMAGING mark. Despite C2 Imaging's objection, Defendants' continue to use the confusingly similar C2 IMAGING mark in connection with the identical commercial printing products and services.

## COUNT I

### (Trademark Infringement of a Registered Mark)

### (Lanham Act § 32, 15 U.S.C. § 1114)

28. C2 Imaging restates and incorporates by reference the allegations in Paragraphs 1-27.

29. Defendants' unauthorized use of the C2 IMAGING mark in connection with commercial printing products and services is likely to cause confusion, cause mistake, and deceive as to the affiliation, connection, or association of Defendants with C2 Imaging as to the origin, sponsorship, or approval of Defendants' commercial printing products and services by C2 Imaging. This unauthorized use of C2 IMAGING constitutes trademark infringement under 15 U.S.C. § 1114.

30. Defendants' unlawful actions have caused, and will continue to cause, C2 Imaging irreparable harm unless enjoined.

31. Defendants have profited from their unlawful actions and have been unjustly enriched to the detriment of C2 Imaging. Defendants unlawful actions have caused C2 Imaging monetary damage in an amount presently unknown, but in an amount to be determined at trial.

## COUNT II

### (Federal Unfair Competition)

### (Lanham Act § 43(a), 15 U.S.C. § 1125(a))

32. C2 Imaging restates and incorporates by reference the allegations in Paragraphs 1-31.

33. Defendants unauthorized use of C2 IMAGING in connection with commercial printing products and services is a false designation of origin, false or misleading description of fact, and a false or misleading representation of fact.

34. Defendants unauthorized use of C2 IMAGING in connection with restaurant services is likely to cause confusion, or to cause mistake, or to deceive as to the affiliation, connection, or association of Defendants with C2 Imaging, or as to the origin, sponsorship, or approval of Defendants' commercial printing products and services or commercial activities by Defendants.

35. Defendants unlawful actions have caused, and will continue to cause, C2 Imaging irreparable harm unless enjoined.

36. Defendants have profited from their unlawful actions and has been unjustly enriched to the detriment of C2 Imaging. Defendants' unlawful actions have caused C2 Imaging monetary damage in an amount presently unknown, but in an amount to be determined at trial.

## COUNT III
### (Unlawful Business Act or Practice)
### (CAL. BUS. CODE § 17200)

37. C2 Imaging restates and incorporates by reference the allegations in Paragraphs 1-36.

38. Defendants' unauthorized use of the C2 IMAGING mark in connection with commercial printing products and services is likely to cause confusion, cause mistake, and deceive as to the affiliation, connection, or association of Defendants with C2 Imaging as to the origin, sponsorship, or approval of Defendants' commercial printing products and services by C2 Imaging. This unauthorized use of C2 IMAGING constitutes trademark infringement under 15 U.S.C. § 1114 and an unlawful business act or practice under Cal. Bus. Code § 17200.

39. Defendants unlawful actions have caused, and will continue to cause, C2 Imaging irreparable harm unless enjoined.

40. Defendants have profited from their unlawful actions and has been unjustly enriched to the detriment of C2 Imaging. Defendants unlawful actions have caused C2 Imaging monetary damage in an amount presently unknown, but in an amount to be determined at trial.

## COUNT IV

### (Common Trademark Infringement)

41. C2 Imaging restates and incorporates by reference the allegations in Paragraphs 1-40.

42. Defendants unauthorized use of the C2 IMAGING mark in connection with commercial printing products and services is likely to cause confusion, or to cause mistake, or to deceive as to the affiliation, connection, or association of Defendants with C2 Imaging, or as to the origin, sponsorship, or approval of Defendants' commercial printing products and services or commercial activities by C2 Imaging and constitutes common trademark infringement under California common law.

43. Defendants unlawful actions have caused, and will continue to cause, C2 Imaging irreparable harm unless enjoined.

44. Defendants have profited from its unlawful actions and has been unjustly enriched to the detriment of C2 Imaging. Defendants unlawful actions have caused C2 Imaging monetary damage in an amount presently unknown, but in an amount to be determined at trial.

## COUNT V

### (Cybersquatting)

### (Lanham Act § 43(D), 15 U.S.C. § 1125(D))

45. C2 Imaging restates and incorporates by reference the allegations in Paragraphs 1-44.

46. Defendants registered the <c2-imaging.com> domain name on September 10, 2014.

47. Defendants have a bad faith intent to profit from its unauthorized use of C2 Imaging's C2 IMAGING® and C2 IMAGING & Design® marks in connection with its domain name.

48. Defendants registered and are using the <c2-imaging.com> domain without C2 Imaging's consent.

49. Defendants have no rights or legitimate interests in their use of the C2 IMAGING mark for its domain name.

50. On information and belief, Defendants knew about C2 Imaging's prior rights in its C2 IMAGING® and C2 IMAGING & Design® marks before registering the <c2-imaging.com> domain name.

51. The <c2-imaging.com> domain contains C2 Imaging's senior C2 IMAGING® mark in its entirety as the domain name.

52. Defendants have profited from their unlawful actions and has been unjustly enriched to the detriment of C2 Imaging.

53. Defendants have engaged in cybersquatting pursuant to Lanham Act § 43(d), 15 U.S.C. § 1125(d).

54. C2 Imaging is entitled to the maximum amount of statutory damages, $100,000, for Defendants' bad faith registration and use of the <c2-imaging.com> domain.

## PRAYER FOR RELIEF

WHEREFORE, C2 Imaging prays that the Court enter judgment:

1. In favor of C2 Imaging and against Defendants on all of C2 Imaging's claims;

2. Permanently enjoining and restraining Defendants, their parent companies, subsidiaries, affiliates, sister companies, officers, agents, servants, employees, attorneys, and all others in active concert or participation with Defendants from:

|   |   |   |
|---|---|---|
| | A. | Doing business under the name C2, C2 IMAGING, or any other confusingly similar name; |
| | B. | Using the mark C2, C2 IMAGING, or any confusingly similar designation alone or in combination with other words or designs, as a trademark, trade name component or otherwise, to market, advertise, or identify goods and services not produced or authorized by C2 Imaging; |
| | C. | Unfairly competing with C2 Imaging in any manner whatsoever; |
| | D. | Causing likelihood of confusion or injury to business reputation of the distinctiveness of C2 Imaging's C2 IMAGING® and C2 IMAGING & Design® marks; and |
| | E. | Committing any other act that infringes C2 Imaging's C2 IMAGING® and C2 IMAGING & Design® marks or constitutes an act of trademark or service mark infringement, contributory infringement, or unfair competition under federal common law or California state law. |

3. Requiring Defendants to deliver up, or cause to be delivered up, for destruction all labels, signs, prints, packages, wrappers, receptacles, advertisements, and all other materials in Defendants possession or control that infringe C2 Imaging's C2 IMAGING® and C2 IMAGING & Design® marks;

4. Requiring Defendants to deliver up and transfer the domain name <c2-imaging.com> to C2 Imaging;

5. Requiring Defendants to account for and pay over to C2 Imaging the amount of C2 Imaging's damages pursuant to 15 U.S.C. § 1117;

6. Requiring Defendants to account for and pay over to C2 Imaging the amount of Defendants' profits pursuant to 15 U.S.C. § 1117;

7. Requiring Defendants to account for and pay over to C2 Imaging the costs of the action pursuant to 15 U.S.C. § 1117;

8. Finding this case is exceptional and trebling any damage award pursuant to 15 U.S.C. § 1117;

9. Finding this case exceptional and requiring Defendants to pay over to C2 Imaging its attorneys' fees incurred in connection with this case pursuant to 15 U.S.C. § 1117;

10. Awarding C2 Imaging punitive damages pursuant to CAL. CIV. CODE § 3294(a);

11. Requiring Defendants to pay C2 Imaging pre-judgment interest accruing from September 1, 2016, the date of the written notice of the claim, at the legal rate of 10% per annum;

12. Requiring Defendants to pay C2 Imaging post-judgment interest at the legal rate of 10% per annum from the date of entry of judgment until paid in full; and

13. Awarding C2 Imaging such other relief as the Court may deem just and equitable.

DATED: November 18, 2016        FREEMAN, FREEMAN & SMILEY, LLP


By: _____*/ s /  Todd M. Lander*_____
TODD M. LANDER
Attorneys for Plaintiff
C2 IMAGING, LLC

**EXHIBIT A**

# United States of America
## United States Patent and Trademark Office

**C2** *IMAGING*

| | |
|---|---|
| **Reg. No. 4,004,763** | C2 IMAGING, LLC (MINNESOTA LIMITED LIABILITY COMPANY) |
| **Registered Aug. 2, 2011** | 274 FILLMORE AVENUE E<br>ST. PAUL, MN 55107 |
| **Int. Cls.: 40 and 42** | FOR: CUSTOM PRINTING OF MATERIALS FOR COMMERCIAL MARKETS, IN CLASS 40 (U.S. CLS. 100, 103 AND 106). |
| **SERVICE MARK** | FIRST USE 4-0-2010; IN COMMERCE 4-0-2010. |
| **PRINCIPAL REGISTER** | FOR: DESIGN SERVICES, NAMELY, GRAPHIC ART DESIGN, IN CLASS 42 (U.S. CLS. 100 AND 101). |

FIRST USE 4-0-2010; IN COMMERCE 4-0-2010.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "IMAGING", APART FROM THE MARK AS SHOWN.

THE COLOR(S) RED AND BLACK IS/ARE CLAIMED AS A FEATURE OF THE MARK.

THE MARK CONSISTS OF THE STYLIZED DESIGNATION "C2" WHEREIN THE LOWER PORTION OF THE LETTER "C" IS LAID OUT IN BLACK, AND THE UPPER PORTION OF THE LETTER "C" IS SET FORTH IN RED. THE NUMBER "2" IMMEDIATELY FOLLOWS THE STYLIZED "C". THE "C2" PORTION OF THE MARK IS FOLLOWED BY THE WORD "IMAGING".

SER. NO. 85-040,187, FILED 5-17-2010.

MIDGE BUTLER, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office

**EXHIBIT B**

| | |
|---|---|
| From: | TMOfficialNotices@USPTO.GOV |
| Sent: | Tuesday, October 18, 2016 11:00 PM |
| To: | trademark@winthrop.com |
| Cc: | bwalz@winthrop.com ; tsitzmann@winthrop.com ; cclassen@winthrop.com |
| Subject: | Official USPTO Notice of Acceptance/Acknowledgement Sections 8 and 15: U.S. Trademark RN 4004763: C2 IMAGING (Stylized/Design): Docket/Reference No. 4808.1 |

Serial Number:  85040187
Registration Number:  4004763
Registration Date:  Aug 2, 2011
Mark:  C2 IMAGING (Stylized/Design)
Owner:  C2 Imaging, LLC

Oct 18, 2016

## NOTICE OF ACCEPTANCE UNDER SECTION 8

The declaration of use or excusable nonuse filed for the above-identified registration meets the requirements of Section 8 of the Trademark Act, 15 U.S.C. §1058. **The Section 8 declaration is accepted.**

## NOTICE OF ACKNOWLEDGEMENT UNDER SECTION 15

The declaration of incontestability filed for the above-identified registration meets the requirements of Section 15 of the Trademark Act, 15 U.S.C. §1065. **The Section 15 declaration is acknowledged.**

**The registration will remain in force for the class(es) listed below for the remainder of the ten-year period, calculated from the registration date, unless canceled by an order of the Commissioner for Trademarks or a Federal Court.**

Class(es):
040, 042

TRADEMARK SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

### REQUIREMENTS FOR MAINTAINING REGISTRATION

**WARNING: Your registration will be canceled if you do not file the documents below during the specified time periods.**

**Requirements in the First Ten Years**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between the 9th and 10th years after the registration date.  See 15 U.S.C. §§1058, 1059.

**Requirements in Successive Ten-Year Periods**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between every 9th and 10th-year period, calculated from the registration date.  See 15 U.S.C. §§1058, 1059.

**Grace Period Filings**

The above documents will be considered as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*\*\*The USPTO WILL NOT SEND ANY FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS.  THE REGISTRANT SHOULD CONTACT THE USPTO ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.\*\*\***

To view this notice and other documents for this application on-line, go to http://tdr.uspto.gov/search.action?sn=85040187.  NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.

**EXHIBIT C**

# United States of America
### United States Patent and Trademark Office

# C2 IMAGING

**Reg. No. 4,854,005**  
**Registered Nov. 17, 2015**  
**Int. Cl.: 40**  

**SERVICE MARK**  

**PRINCIPAL REGISTER**

C2 IMAGING, LLC (MINNESOTA LIMITED LIABILITY COMPANY)  
274 FILLMORE AVENUE E  
ST. PAUL, MN 55107  

FOR: CUSTOM PRINTING OF MATERIALS FOR COMMERCIAL MARKETS, IN CLASS 40 (U.S. CLS. 100, 103 AND 106).  

FIRST USE 4-0-2010; IN COMMERCE 4-0-2014.  

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.  

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "IMAGING", APART FROM THE MARK AS SHOWN.  

SER. NO. 86-432,526, FILED 10-23-2014.  

ALICIA COLLINS, EXAMINING ATTORNEY



Director of the United States  
Patent and Trademark Office

**EXHIBIT D**

